IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> Plaintiff, <br><br> v. <br><br> _Manuel Duarte Jr_ <br> _Manuel Duarte Sr_ <br><br><br> Defendant(s). | Criminal No. 204 - 20513 Ml <br><br> (90-Day Continuance) |

CONSENT ORDER ON CRIMINAL CASE CONTINUANCE
AND EXCLUSION OF TIME

As indicated by the signatures below, the United States, through its Assistant United States Attorney, and counsel for the defendant(s) have agreed that, for good cause, this case should be continued for reasons resulting in the exclusion of time under the Speedy Trial Act. The case is currently set on the July, 2005, criminal rotation calendar, but is now RESET for report at 9:00 a.m. on Friday, September 23, 2005, with trial to take place on the October, 2005, rotation calendar with the time excluded under the Speedy Trial Act through October 14, 2005. Agreed in open court at report date this 24th day of June, 2005.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _6-27-05_

SO ORDERED this 24th day of June, 2005.

*(signature)*
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

*(signature)*
Thomas A Colthurst
Assistant United States Attorney

*(signature)* Ramiro Flores
*(signature)* for Bill Massey

_____
Counsel for Defendant(s)

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 43 in case 2:04-CR-20513 was distributed by fax, mail, or direct printing on June 27, 2005 to the parties listed.

---

Ramiro S. Flores
LAW OFFICE OF RAMIRO S. FLORES
55 West Franklin St
Tuscon, AZ 85701

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Leonard E. Lucas
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Marty B. McAfee
MCAFEE & MCAFEE
246 Adams Ave.
Memphis, TN 38103

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Honorable Jon McCalla
US DISTRICT COURT