FILED BY _____ D.C.

05 SEP 16 PM 3:55

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

1
2
3
4
5
6
7
8

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE WESTERN DISTRICT OF TENNESSEE

9
10
11
12
13
14

| UNITED STATES OF AMERICA, | ) | No. CR 4-20513 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER ON MOTION TO CONTINUE REPORT DATE** |
| MANUEL DUARTE, Jr., | ) | |
| Defendant. | ) | |

15  It is expected that excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(F) may occur as
16  a result of this motion or from an order based thereon

17  Upon reading Defendant's Motion and good cause appearing thereto,

18  **IT IS HEREBY ORDERED** that the Report Date is continued to the to 26th day of
19  October, 2005 at 9:10 A.m.

20  **DATED** this 16 day of Sept., 2005.

21
22
23

HONORABLE JON PHIPPS MCCALLA
JUDGE OF THE U.S. DISTRICT COURT

24
25
26
27
28

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 9-19-05



1  Copy of the foregoing mailed
   this date to:
2
   Thomas Coulter, Esq.
3  Assistant Unite States Attorney
   234 Clifford David
4  Federal Court Building
   157 N. Main Street
5  Memphis, TN 38109

6  William D. Massey
   Law Office of Massey McClusky
7  3074 East Street
   Memphis, TN 38128
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 47 in case 2:04-CR-20513 was distributed by fax, mail, or direct printing on September 19, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Ramiro S. Flores
LAW OFFICE OF RAMIRO S. FLORES
55 West Franklin St
Tuscon, AZ 85701

Honorable Jon McCalla
US DISTRICT COURT