LAW OFFICE OF RAMIRO S. FLORES, Esq.
55 West Franklin Street
Tucson, Arizona 85701
Telephone No. (520) 884-5105
FAX No. (520) 884-5157

By: Ramiro Flores
State Bar No. 019773
PCC No. 65379

# IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE WESTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MANUEL DUARTE, Jr.,

    Defendant.

No. CR-4-20513

MOTION TO CONTINUE REPORT DATE

Honorable Jon Phipps McCalla

MOTION GRANTED

It is expected that excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(F) may occur as a result of this motion or from an order based thereon.

**COMES NOW** the Defendant, **Manuel Duarte, Jr.**, by and through his attorney undersigned, and hereby moves this Court for continuance of the Report Date currently scheduled for the Friday, October 28, 2005; for a period of no less than 30 days for the following reasons:

1. Change of Plea has been set for Thursday, November 17, 2005 at 8:30 a.m. before the Honorable Phillip McCalla;.

2. Assistant United States Attorney, Thomas Colthurst, has been notified of this continuance and expresses no objection to this continuance

This motion is made in good faith and not for the mere purpose of delay.

**RESPECTFULLY SUBMITTED** this 19th day of October, 2005.

Ramiro Flores
Attorney for Defendant

1

This document entered on the docket sheet in compliance with Rule ... 10-25-05



1

2
Copy of the foregoing mailed
3 this date to:

4 Judge Jon Phipps Mc Calla
United States District Judge
5
Thomas Colthurst, Esq.
6 Assistant Unite States Attorney
234 Clifford David
7 Federal Court Building
157 N. Main Street
8 Memphis, TN 38109

9 William D. Massey
Law Office of Massey McClusky
10 3074 East Street
Memphis, TN 38128

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 54 in case 2:04-CR-20513 was distributed by fax, mail, or direct printing on October 25, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Ramiro S. Flores
LAW OFFICE OF RAMIRO S. FLORES
55 West Franklin St
Tuscon, AZ 85701

Honorable Jon McCalla
US DISTRICT COURT