IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV 17 PM 4: 25

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

|   |   |   |
|---|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff, | ) | |
| VS. | ) | CR. NO. 04-20513-Ml |
| MANUAL DUARTE, JR.<br>    Defendant. | ) | |

## ORDER ON CHANGE OF PLEA

This cause came on to be heard on November 17, 2005, the United States Attorney for this district, Thomas Colthurst, appearing for the Government and the defendant, Manual Duarte, Jr., appearing in person and with counsel, Ramiro Flores, who represented the defendant.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **THURSDAY, FEBRUARY 16, 2006,** at **9:00 a.m., before Judge Jon Phipps McCalla.**

Defendant is remanded to the custody of the U. S. Marshal.

**ENTERED** this the __17__ day of November, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __11-18-05__

58

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 58 in case 2:04-CR-20513 was distributed by fax, mail, or direct printing on November 18, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Ramiro S. Flores
LAW OFFICE OF RAMIRO S. FLORES
55 West Franklin St
Tuscon, AZ 85701

Honorable Jon McCalla
US DISTRICT COURT